**Order entered April 24, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01201-CR

**GERRICK ANTHONY HAWTHORNE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F19-52867-Y**

### ORDER

Before the Court is appellant's April 23, 2020 motion to supplement the record. We **GRANT** the motion. We **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing the signed jury charge on guilt/innocence and the signed jury charge on punishment **WITHIN TEN DAYS** of the date of this order.

/s/    BILL PEDERSEN, III
        JUSTICE